IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30576
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOHN RANDOLPH GANT,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CR-366-ALL-B
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent John
Randolph Gant has moved for leave to withdraw and has filed a
brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Gant has received a copy of counsel's motion and brief but has
not filed a response.  Our independent review of the brief and
the record discloses no nonfrivolous issue.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.